# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| SHIRLEY MARKOVICH, | ) | |
| | ) | |
| | ) | Case No. 14-16110 |
| Debtor. | ) | |
| | ) | |
| | ) | Honorable Judge Jacqueline P. Cox |
| | ) | |

_____

## NOTICE OF MOTION

TO:   Lenny Ramos c/o Steven J. Grace (electronically via ECF)
Law Office of John T. Fields LLC c/o Steven J. Grace (electronically via ECF)
Joseph A. Baldi, Chapter 7 Trustee (electronically via ECF)
All Creditors Listed on Attached Service List (via U.S. Mail)

**PLEASE TAKE NOTICE** that on **October 7, 2014 at 09:30 a.m.**, the undersigned will appear before the **Honorable Jacqueline P. Cox** or whatever judge that may be sitting that day at the Dirksen Federal Building, 219 S. Dearborn, Room 680, Chicago, IL 60604 and will then and there present the attached **Debtor's Second Motion Pursuant to Rule 4004(c)(2) to Defer the Entry of an Order Granting Discharge** at which time you may appear if you so choose.

## CERTIFICATE OF SERVICE

I, Mohammed O. Badwan, hereby certify that I caused a copy of this notice to be served, via ECF to **Joseph A. Baldi** (Chapter 7 Trustee), Law Office of John T. Fields, Lenny Ramos, and via U.S. Mail to all parties listed on the attached service list and attached Motion upon the above parties on September 29, 2014, before the hour of 5:00 p.m. from the office located at 900 Jorie Blvd., Ste 150, Oak Brook, IL 60523.

BY:  /S/ MOHAMMED O. BADWAN
SULAIMAN LAW GROUP, LTD
COUNSEL FOR DEBTOR
900 JORIE BOULEVARD, SUITE 150
OAK BROOK, IL 60523
PHONE: (630) 575-8181
FAX: (630) 575-8188
ATTORNEY NO: 6299011

American Express *
c/o Becket & Lee
P.O. Box 3001
Malvern, PA 19355


Chase *
ATTN:  Bankruptcy Department
P.O. Box 15298
Wilmington, DE 19850


Club Navigo Resorts
17777 Bali Blvd
Winter Garden, FL 34787


Comenity Bank
220 W. Schrock Road
Westerville, OH 43081


Department of Education
FedLoan Servicing
PO Box 530210
Atlanta, GA 30353


Department of Education / Sallie Mae
Po Box 9635
Wilkes Barre, PA 18773


Discover Financial Services
2500 Lake Cook Road
Deerfield, IL 60015


Discover Financial Services LLC
Po Box 15316
Wilmington, DE 19850


ED South
178 N. Seven Oaks Drive
Knoxville, TN 37922


Equifax Information Services, LLC
1550 Peachtree Street NW
Atlanta, GA 30309


Experian Information Solutions, Inc.
475 Anton Boulevard
Costa Mesa, CA 92626


GE Capital
3 Capital Drive
Eden Prairie, MN 55344

Ge Capital
C/O United Portfolio
1942 Lexington, Ste 1
Saint Paul, MN 55113

GE Capital Retail Consumer Finance
1600 Summer Street
Fifth Floor
Stamford, CT 06905

GE Money Bank Care Card
Po Box 960061
Orlando, FL 32896

Lenny Ramos
7552 30th Ave
Pleasant Prairie, WI 53158

Majdi Hijazin
4101 N. Oakley Avenue, 2nd Floor
Chicago, IL 60618

Sallie Mae
Po Box 9655
Wilkes Barre, PA 18773

Sallie Mae
Attn: Claims Dept
Po Box 9500
Wilkes Barre, PA 18773

Sallie Mae Inc. on behalf of USA FUNDS
Attn:  Bankruptcy Litigation Unit E3419
PO Box 9430
Wilkes Barre, PA 18773-9430

Souther Lakes Credit Union
5001 60th St, Kenosha
Kenosha, WI 53144

Southern Lakes Credit Union
PO Box 310
Kenosha, WI 53141

Trans Union LLC
1561 E. Orangethorpe Avenue
Fullerton, CA 92831

US Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402

US Bank Assorted
29125 Solon Road
Solon, OH 44139

3

```
                    Us Bank Hogan Loc
                       Po Box 5227
                   Cincinnati, OH 45201


                       US Bank, N.A.
              Bankruptcy/Recovery Department
                      P.O. Box 5229
                   Cincinnati, OH 45201


                  Wells Fargo Bank, N.A.
                   420 Montgomery Street
                  San Francisco, CA 94132


                Wells Fargo Home Mortgage
                 5620 Brooklyn Boulevard
                  Minneapolis, MN 55429


                Wells Fargo Home Mortgage
                       Po Box 10335
                   Des Moines, IA 50306


                Wi Electric / Wi Energies
                Attention:  Jill Costello
                   Po Box 2046 Room A130
                    Milwaukee, WI 53201
```

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| SHIRLEY MARKOVICH, | ) | |
| | ) | |
| | ) | Case No. 14-16110 |
| Debtor. | ) | |
| | ) | |
| | ) | Honorable Judge Jacqueline P. Cox |
| | ) | |

---

### DEBTOR'S SECOND MOTION PURSUANT TO RULE 4004(c)(2) TO DEFER THE ENTRY OF AN ORDER GRANTING A DISCHARGE FOR THIRTY DAYS

---

NOW COMES Shirley Markovich ("Debtor"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., bringing this Motion Pursuant to Rule 4004(c)(2) of the Federal Rules of Bankruptcy Procedure to Defer the Entry of An Order Granting a Discharge for Thirty Days, and in support thereof, states the following:

1. On April 29, 2014, Debtor filed her Chapter 7 Petition in this Court.

2. On July 2, 2014, a 341 meeting of the creditors was held at the Dirksen Federal Building.

3. On July 17, 2014, Debtor filed her Motion Pursuant to 11 U.S.C. § 362(k) Seeking Damages From Lenny Ramos ("Ramos") and John T. Fields & Associates, LLC ("Fields") for Violations of the Automatic Stay ("Debtor's Motion").  The motion seeks damages against Debtor's ex-husband and his divorce attorneys' law firm willful violations of the automatic stay.

4. On August 19, 2014, the undersigned appeared before the Court and represented that a verbal settlement had been achieved but further time was required to prepare necessary documents to effectuate the settlement.

5.  On August 19, 2014, this Court deferred the debtor's discharge date to September 30, 2014.

6.  The parties have been diligent in finalizing settlement documentation but need additional time to enter a state court order that is probative to the underlying settlement and would resolve the Debtor's Motion.

7.  The parties anticipate that the state court order will be entered in the next 3 days.

8.  Debtor is seeking an additional deferment of discharge through October 30, 2014.

9.  A 30-day deferment of the discharge date does not prejudice the creditors or any other parties of interest.

10. Debtor brings this Motion in good faith and not for any purpose of unduly delaying the proceedings herein.

**WHEREFORE,** the Debtor respectfully prays of the Court as follows:

   **a.** That this Honorable Court enter an order deferring the entry of an order of discharge for a period of 30 days;
   **b.** That the Debtor be provided such other and further relief as the Court may deem just and proper.

Dated: September 29, 2014                    Respectfully Submitted,

                                             /s/ Mohammed O. Badwan
                                             Mohammed O. Badwan, Esq. #6299011
                                             Counsel for Debtor
                                             Sulaiman Law Group, Ltd.